| | | |
|---|---|---|
| | 3/14/69 | Filed ORDER TO SHOW CAUSE AND NOTICE OF HEARING for March 31 in New York. |
| | 3/18/69 | Filed ORDER AMENDING SHOW CAUSE AND NOTICE OF HEARING (adding cases) |
| 1 | 3/26/69 | Filed response (with brief) of Levi Strauss & Co. to show cause order stating no opposition to transfer as long as transfer is to the Northern District of California. |
| 2 | 3/26/69 | Filed response on behalf of Metro Pants Co., Inc., advising no opposition to consolidatin but suggests California Northern as most appropriate district. |
| 3 | 3/26/69 | Filed response (1 copy only) of Blue Bell, Inc. to show cause order stating preference for pretrial proceedings in Nw York Southern. |
| 4 | 3/26/69 | Filed brief and motion by Salant & Salant, Standard Romper responding to show cause order and stating New York Southern as district for pretrial proceedings. |
| 5 | 3/26/69 | Filed response of Cowden Manufacturing Co. stating they should not be made a party to nor required to participate in any order for coordinated pretrial proceedings. |
| 6 | 3/26/69 | Filed brief and affidavit on behalf of Henry I. Siegel, Co., Inc. supporting consolidation - suggesting New York Southern. |
| 7 | 3/26/69 | Filed brief and affidavit on behalf of Bayly Manufacturing Co. |
| 7a | 3/27/69 | Filed Notice of Hearing from Koratron Co., Inc. to Oxford Industries, Inc. |
| | 3/27/69 | Filed vacating order to amendment to show cause order and notice of hearing (3/18/69) in CA No. 46548, Koratron v. Burlington (A-13) |
| 8 | 3/27/69 | Filed response of Jack Winter, Inc. to show cause order. |
| 9 | 3/28/69 | Filed response of Koratron Co., Inc. to show cause order. |
| 10 | 4/7/69 | Filed brief of Oxford Industries, Inc. (pl.) opposing consolidation. |
| 11 | 4/14/69 | Filed response of Koratron Co., Inc. to Oxford Industries' brief. |
| | 6/19/69 | Filed CONSENT OF TRANSFEREE COURT signed by CJ Harris for assignmwnt of Litigation to the Honorable William E. Doyle |
| | 6/19/69 | Filed OPINION AND ORDER transferring four cases from four different districts to the Northern District of Californi and assigned them to Judge William E. Doyle (Colo - on assmng to Calif., N.) |
| | 6/30/69 | Filed SHOW CAUSE ORDER In Koratron Company, Inc. V. E. J. Korvette, et al., Illinois, N., No. 68C 2063 |
| 12 | 7/14/69 | Filed Response of Spartans Industries, Inc. and E. J. Korvette Inc. to order to show cause. (Case being dismissed.) |
| 13 | 7/15/69 | Filed Response of Koratron Company, To Order to Show Cause |
| | 7/22/69 | Filed order VACATING SHOW CAUSE ORDER of 6/30 in Koratron Co. v. E. J. Korvette, Ill., N., No. 68C 2063 |

| Date | | Entry |
|---|---|---|
| 4/2/70 | | COWDEN MANUFACTURING COMPANY V. KORATRON CO., INC., ET AL, Ky., E., No. 1856 CTO ENTERED TODAY. SENT TO ALL COUNSEL AND INVOLVED JUDGES |
| 4/8/70 | 14 | Filed NOTICE OF OPPOSITION to transfer of Coweden v. Koratron, Ky., E., No. 1856. |
| 4/8/70 | | Entered order STAYING CTO in Cowden v. Koratron, Ky., E., No. 1856 |
| 4/22/70 | 15 | Filed MOTION TO VACATE CTO in Cowden v. Koratron, Ky., E., No. 1856. w/brief in support & cioy of 2/18/70 Sixth Cir. judgment. |
| 4/23/70 | 16 | Filed Memorandum of Koratron Oppositng Motion to Vacate Transfer Order in Cowden v. Koratron. |
| 5/1/70 | 17 | Filed Memorandum of Cowden in Response to Memorandum of Koratron. |
| 5/8/70 | | KORATRON CO., INC. V. LION UNIFORM, Inc., et al, S.D. Ohio, No. 3833 CTO ENTERED TODAY. SENT TO ALL COUNSEL AND INVOLVED JUDGES |
| 5/18/70 | 18 | Notice of Opposition in Koratron v. Lion, S.D. Ohio, No. 3833 |
| 5/18/70 | | Order staying execution of Koratron v. Lion, S.D. Ohio, No. 3833 |
| 5/22/70 | 19 | Motion to Vacate CTO (w/supportinb brief & certificate of service) in Koratron v. Lion, S.D. Ohio, No. 3833 |
| 5/28/70 | 20 | Response of Koratron to Lion's Motion to Vacate CTO in Koratron v. Lion, S.D. Ohio, No. 3833. |
| 6/4/70 | 21 | FILED Lion's Reply Brief on its Motion to Vacate The Contidional Transfer Order, S.D. Ohio, No. 3833 |
| 6/10/70 | | FILED O&O transferring Lion case from the Southern District of Ohio to the Northern District of California and assigned it to Judge William E. Doyle |
| 7/1/70 | | Filed Order lifting the stay of 4/2/70 conditional transfer order in C.A. No. 1856. Sent to transferee clerk, all counsel, cc to transferor clerk and involved judges. |
| 9/28/70 | | Koratron Co., Inc. v. W. Koury Co., Inc., M.D. N. Car., No. C-147-G-70 CTO ENTERED TODAY. SENT TO ALL COUNSEL AND INVOLVED JUDGES |
| 10/14/70 | 22 | Filed ... OF ... W. ... to transfer of ... tro. ..., Inc., M... N. Car. ... G-70 |
| 10/15/70 | | Entered order STAYING CTO in Koratron Co., Inc., M.D. N. Car., No. C-147-G-70 |
| 11/4/70 | 23 | Defendant's Motion to Vacate CTO in Koratron v. Koury, N.C.,M., No. C-147-G-70 |
| 11/13/70 | 24 | Response of Koratron Co. to Motion to VACATE CTO in Koratron v. Koury. |
| 1/27/71 | | HEARING ORDER sent to involved counsel and involved judges. 2/26/71 Washington, D. C. to consider the opposition to the transfer of KORATRON CO., INC. V. W. KOURY CO., INC., M.D. NORTH CAROLINA, CIV. ACTION NO. C-147-G-70. |
| 1/27/71 | | NOTICE OF HEARING sent to counsel. Hearing will be to consider the XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXX opposition of the plaintiffs to transfer KORATRON CO., INC. V. KOURY CO., M.D. North Carolina, Civil Action No. C-147-G-70. |
| 2/4/71 | 25 | Ltr. fr. counsel for Blue Bell advising of conflict with hearing dates for Koratron v. Koury. |

(Continued)

DOCKET NO. 20 - KORATRON PATENT AND ANTITRUST LITIGATION

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 2/4/71 | ORDER vacating hearing order in Koratron v. Koury. Notice to counsel and copies to involved judges. | |
| 3/5/71 | KORATRON CO., INC. V. W. KOURY CO., INC., M.D. NORTH CAROLINA C-147-G-70  HEARING ORDER entered today. Sent to Judges, Hearing Clerk and Court Reporter. Notified counsel date of hearing 3/36/71 Wash., D.C. | |
| 3/15/71  26 | LTR. fr Judge Weinfeld disqualifying himself as of 3/10 from participating in any matter relating to Koratron Co., Inc., Koret of Californa, Inc. and Koracorp Industries, Inc. | |
| 3/31/71 | KORATRON CO. V. W. KOURY CO., M.D.N.CAR. C-147-G-70  Order - requesting reply to the matters contained in the attached transcript from W. Koury Co. | |
| 4/16/71  27 | KORATRON CO. V. W.W. KOURY CO. M.D. NORTH CAROLINA, C-147-G-70  Reply xxxx from Koratron Co. and Koracorp Industries to the 3/31/71 order.' | |
| 4/19/71  28 | KORATRON CO. V. W.W. KOURY CO., M.D.NORTH CAROLINA, C-147-G-70  W.W. KOURY'S response to 3/31/71 order | |
| 4/21/71  29 | KORATRON CO. V. W.W. KOURY CO., M.D. NORTH CAROLINA, C-147-G-70  Supplemental pleading of W.W. Koury Co. | |
| 5/12/71 | KORATRON CO. V. W.W.KOURY CO., M.D.N.Car. C-147-G-70  OPINION AND ORDER - lifting stay of 9/28/70 CTO and transferring to N.D.Calif. | |
| 5/26/71  30 | KORATRON statement regarding the posture of these cases and the need for further consolidated pretrial proceedings. | |
| 5/28/71  31 | STATEMENT OF BAYLY MFG. CO., HENRY I. SEIGEL CO., INC., SALANT & SALANT AND STD. ROMPER regarding the poster of the Koratron Multidistrict Litigation and in opposition to Koratron's request for unlimited further consolidated pretrial proceedings. | |
| 6/1/71  32 | RESPONSE OF OXFORD INDUSTRIES, INC. TO KORATRON'S STATEMENT. | |
| 6/14/71  33 | KORATRON's Reply to certain of Koratron's Adversaries that Koratron's consolidated discovery be cut off. | |
| 8/18/71  34 | Statement of 3d-pty def. & co-def. Dan River Mills on need for further consolidation. | |
| 9/6/74 | ORDER SUBSTITUTING JUDGE- - Order reassigning litigation from Judge Doyle to Judge Charles B. Renfrew. Notified transferee court, transferee judge, counsel | |
| 3/24/75 | KORATRON CO., INC. V. A-1 KOTZIN CO., N.D. Calif., 51650  CONDITIONAL REMAND ORDER filed today. Notified counsel, involved judge. | |
| 4/8/75 | KORATRON CO., INC. V. A-1 KOTZIN CO., N.D. CALIF 51650  CONDITIONAL REMAND ORDER EFFECTIVE TODAY. NOTIFIED CLERKS, INVOLVED JUDGE | |

OPINION ORDER FILED JUNE 19, 1969 CITED AT 302 F. Supp. 239 (1969)
" " " " June 10, 1970 " " 314 " 69 (1970)
" " " " May 12, 1971 327 F Supp 559

20

# DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 20 - MULTIDISTRICT PATENT AND ANTITRUST LITIGATION INVOLVING KORATRON

Charles B. Renfrew

(971)

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-1 | Salant & Salant, Inc. v. Koratron Co., Inc.* | | N.Y., S. | | 69Civ 652 |
| A-2 | Deering Milliken, Inc. v. Koratron Co., Inc. | 4/17/67 | S.D.N.Y. | | 51653 / 67Civ 2383 |
| A-3 | Standard Romper Co., Inc. v. Koratron Co., Inc.* | | Cal., N | | 51281 / 69Civ 356 |
| A-4 | Bayly Manufacturing Co. v. Koracorp Inc., et al | 6/19/69 | Colorado | DOYLE | 51654 / C-1109 |
| A-5 | Koratron Co., Inc. v. A-1 Kotzin Co. | 4/1/67 | Calif., C. | HALL | 51650 / 67-1264-PH |
| A-6 | Jack Winter, Inc. v. Koratron Co., Inc. | | Calif., N. | | 49392 |
| A-7 | The Amory Garment Co. v. Koratron Co., Inc. | | " | | 49558 |
| A-8 | Blue Bell Inc. v. Koratron Co., Inc.* | | " | | 50854 |
| A-9 | Henry I. Siegel Co., Inc. v. Koratron Co., Inc.* | | " | | 50827 |
| A-10 | Levi Strauss & Co. v. Koratron Co., Inc., et al. | | " | | 50063 |
| A-11 | Koratron Co., Inc. v. Hagger Co. | | " | | 49913 |
| A-12 | Koratron Co., Inc. v. Metro Pants Co., Inc. | | " | | 49671 |
| *A-13 | Koratron Co., Inc. v. Burlington Industries, Inc. dismissed | | " | | 46548 |
| A-14 | Koratron Co., Inc. v. Deering Milliken Inc. | | " | | 47273 |
| A-15 | Koratron Co., Inc. v. Cowden Manufacturing Co. dismissed | | | | 49468 |
| A-16 | Cowden Manufacturing Co. v. Koratron Co., Inc., et al. | 7/1/70 | Ky., E. | | 70-1443 / 1856 |

* DISMISSED

*Transferred from N.Y., S.

20

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 20 - MULTIDISTRICT PATENT AND ANTITRUST LITIGATION INVOLVING LORATRON

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-16a | Oxford Industries, Inc. v. Koratron Co., Inc., et al. | 6/17/67 | Ga., N. | Henderson | 51691 / 12557 |
| B-1 | Koratron Company, Inc. v. E. J. Korvette, Inc., et al. DISMISSED - 7/9/69 | NT | Ill., N. | Marovitz | 69C 206 |
| XYZ-1 | Koratron Co., Inc. v. Lion Uniform, Inc., et al  closed 3/11/70 | WTN | Calif., N. | Burke | C-69-471 |
| B-2 | Koratron Company, Inc. v. Lion Uniform, Inc., et al  5/8/70 | 4/10/70 | Ohio, S. | 1/30/77 | 3833 C-70-1251 6/15/70 |
| B-3 | Koratron Company, Inc. v. W. Koury Company, Inc. | 5/12/71 | M.D. N. Car | * | *C-147-G-70 C-71-1017-WED |
| XYZ | Koratron v. Defiance | | N.D. Cal. - C-71-523 | | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 20 - MULTIDISTRICT PATENT AND ANTITRUST LITIGATION INVOLVING KORATRON

| No. | Plaintiff | Defendant |
|---|---|---|
| 4-16 a | King & Spalding<br>Trust Company of Georgia Building<br>Atlanta, Georgia  30303 | Hansell, Post, Brandon & Dorsey<br>First National Bank Building<br>Atlanta, Georgia<br><br>Brobeck, Phleger & Harrison<br>111 Sutter Street<br>San Francisco, Calif.<br><br>Lyon & Lyon<br>811 West Seventh St.<br>Los Angeles, Calif. |
| B-1 | Roy E. Hofer, Esq.<br>Hume, Clement, Hume & Lee<br>38 South Dearborn St., Chicago  60603<br><br>Lyon & Lyon firm | Egon E. Berg, Esq., Darby & Darby,<br>Chrysler Bldg., 405 Lexington Ave.,<br>New York, New York  10017<br><br>Harvey W. Mortimer, Esq.<br>Darby and Darby<br>405 Lexington Avenue<br>New York  10017 |
| XYZ-1 | Same as A-4 thru A-15<br>and Same as A-5 thru A-11 | |
| B-2 | Frederick N. Young, Esq.<br>Young & Alexander<br>367 West Second St.<br>Dayton, Ohio 45402 | Dailey L. Bugg, Esquire<br>Marechal, Biebel, French & Bugg<br>Winters Bank Builindg<br>Dayton, Ohio  45402 |
| B-3 | McNeill Smith, Esq.<br>Smith, Moore, Smith, Schell & Hunter<br>700 Jefferson Bldg.<br>P.O. Drawer G<br>Greensboro, N. Car. 27402<br><br>Herbert O. Davis<br>700 Jefferson Bldg.<br>P.O. Drawer G<br>Greensboro, N.Car. 27402<br>(Same as Lasky, Esq., and Lyon) | W. Koury Company, Inc.<br>David Rabin, Esq. (same as above) |

p. _____

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 20 -- Koratron Patent Litigation

(As listed in Judge Doyle's Pretrial Order No. 1)

| Plaintiff | Defendant |
|---|---|
| COWDEN MFG. CO.<br>Jack Corinblit, Esquire<br>3700 Wilshire Boulevard<br>Suite 575<br>Los Angeles, California 90005 | JACK WINTER, INC<br>Carl Hoppe, Esquire<br>Eckhoff & Hoppe<br>2610 Russ Building<br>San Francisco, California 94104 |
| A-1 KOTZIN CO.<br>Louis Lee Abbott, Esq.<br>Abbott & Crahan<br>Suite 1410, 10889 Wilshire Blvd.<br>Los Angeles, Calif. 90024 | OXFORD INDUSTRIES, INC.<br>Charels Kidd, Esquire<br>King & Spalding<br>434 Trust Company of Georgia Bldg.<br>Atlanta, Georiga 30303 |
| LEVI STRAUSS & CO.<br>Willard L. Ellis, Esquire<br>Ellis & Levy<br>44 Montgomery Street<br>San Francisco, California 94104 | JACK WINTER, INC.<br>Marvin Klitzner, Esquire<br>Foley, Sammond & Lardner<br>735 North Water Street<br>Milwaukee, Wisconsin 53202 |
| George Finnegan, Esquire<br>Morgan, Finnegan, Durham & Pine<br>345 Park Avenue<br>New York, New York 10005 | KORATRON: KORACORP INDUSTRIES<br>Moses Lasky, Esquire<br>Brobeck, Phleger & Harrison<br>111 Sutter Street<br>San Francisco, California 94104 |
| A-1 KOTZIN COMPANY<br>Fred Flam, Esquire<br>Flam & Flam<br>3400 Wilshire Boulevard<br>Los Angeles, California 90005 | METRO PANTS CO., INC.<br>Charles A. Legge, Esquire<br>Bronson, Bronston & McKinnon<br>255 California Street<br>San Francisco, California 94111 |
| LEVI STRAUSS & CO.<br>Paul D. Flehr, Esquire<br>Flehr, Hohbach, Test, Albritton & Herbert<br>160 Sansome Street<br>San Francisco, California 94111 | BLUE BELL; AMORY GARMENT CO.; & HAGGAR CO.<br>Richard Murray, Esquire<br>McCutchen, Doyle, Brown & Enersen<br>601 California Street<br>San Francisco, California 94108 |
| KORATRON: KORACORP INDUSTRIES<br>James W. Geriak, Esquire<br>Lyon & Lyon<br>811 West Seventh Street<br>Los Angeles, California 90017 | BAYLY MFG. & HENRY I. SEIGEL CO.<br>Harold C. Nachtrieb, Esquire<br>Miller, Groezinger, Pettit, Evers & Martin<br>650 California Street<br>San Francisco, California 94108 |
| BAYLY MFG. AND HENRY I. SIEGEL CO.<br>Thomas V. Heyman, Esquire<br>Watson, Leavenworth, Kelton & Taggart<br>100 Park Avenue<br>New York, New York 10017 | DAN RIVER MILLS<br>Girvan Peck, Esquire<br>Morrison, Foerster, Holloway, Clinton & Clark<br>One Crocker Plaza<br>San Francisco, California 94104 |

p. _____

| Plaintiff | Defendant |
|---|---|
| LEVI STRAUSS & CO.<br>M. Laurence Popofsky, Esquire<br>Heller, Ehrman, White & McAuliffe<br>44 Montgomery Street<br>San Francisco, California  94104<br><br>BLUE BELL INC.<br>David Rabin, Esquire<br>305 North Edgeworth Street<br>Greensboro, North Carolina  27401<br><br><br>BAYLY MFG. & HENRY I. SIEGEL CO.<br>Albert Robin, Esquire<br>Watson, Leavenworth, Kelton & Taggart<br>100 Park Avenue<br>New York, New York  10017<br><br><br>HAGGAR COMPANY * AMORY GARMENT CO.<br>D. Carl Richards, Esqure<br>Richards, Harris & Hubbard<br>2420 Republic National Bank Tower<br>Dallas, Texas  75201<br><br><br>STANDARD ROMPTER & SALANT & SALANT<br>Daton R. Stemple, Jr., Esq.<br>Browne, Beveridge & DeGrandi<br>Federal Bar Building West<br>1819 H. St. N.W., Washington, D. C.<br>LEVI STRAUSS<br>John P. Sutton, Esquire<br>Limbach & Limbach<br>44 Montgomery Street<br>San Francisco, California  94104<br><br>DEERING MILLIKEN<br>Jay H. Topkis, Esquire<br>Paul, weiss, Goldberg, Rifkind, Wharton<br>    & Garrison<br>345 Park Avenue<br>New York, New York  10022 | |
| B-3   McNeill Smith, Esquire<br>        Smith, Moore, Smith, Schell & Hunter<br>        700 Jefferson Building<br>        Post Office Drawer G<br>        Greensboro, North Carolina  27402 | W. Koury Company, Inc.<br>David Rabin, Esq. (Same as above) |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 20 - MULTIDISTRICT PATENT AND ANTITRUST LITIGATION INVOLVING KORATRON

| No. | | |
|---|---|---|
| | Salant & Salant, Inc. & Standard Romper Co., Inc.<br>  Dayton R. Stemple, Esquire<br>  Browne, Beveridge & DeGrandi<br>  Federal Bar Building West<br>  1819 H St., N.W., Wash., D.C. 20006<br>    A-1 plaintiff   A-3 plaintiff<br><br>Deering Milliken, Inc.<br>  Paul Weiss, Esquire<br>  Goldberg, Rifkind, Wharton & Garrison<br>  575 Madison Avenue<br>  New York, New York 10022<br>    A-2 plaintiff<br><br>  Morrison, Foerster, Holloway,<br>    Clinton & Clark<br>  120 Montgomery Street<br>  San Francisco, California<br>    A-14 defendant<br><br>Bayly Manufacturing Co.<br>  Phelps, Hall & Keller<br>  1145 First National Bank Bldg.<br>  621 Seventeenth Street<br>  Denver, Colorado 80202<br>    A-4 plaintiff<br><br>Bayly Manufacturing & Henry I. Siegel Co., Inc.<br>  Thomas V. Heyman, Esquire<br>  Watson, Leavenworth, Kelton<br>    & Taggart<br>  100 Park Avenue<br>  New York, New York 10017<br>    A-4 plaintiff<br>    A-9 plaintiff | Koratron<br>  Davis, Polk & Wardwell<br>  1 Chase Manhattan Plaza<br>  New York, New York 10005<br>    A-2 defendant<br>    A-8 defendant<br>    A-9 defendant<br><br>  Moses Lasky, Esquire<br>  Brobeck, Phleger & Harrison<br>  111 Sutter Street<br>  San Francisco, California 94104<br>    A-4 defendant   A-11 defendant<br>    A-5 plaintiff    A-13 plaintiff<br>    A-6 defendant   A-14 plaintiff<br>    A-10 defendant  A-15 defendant<br><br>  Lyon & Lyon<br>  811 W. 7th Street<br>  Los Angeles, California 90017<br>    A-5 plaintiff   A-7 defendant<br>    A-6 defendant  A-11 defendant<br><br>Koratron, Koret & Koracorp<br>  Brobeck, Phleger & Harrison firm<br>    A-10 defendants<br><br>Koracorp<br>  Stephen H. Hart, Esquire<br>  Holland & Hart<br>  500 Equitable Building<br>  Denver, Colorado 80202<br>    A-4 defendant<br><br>  Middleton, Seelbach, Wolford, Willis<br>    & Cochran<br>  501 S. Second Street<br>  Louisville, Kentucky 40202<br>    A-15 defendant | |

| | |
|---|---|
| No. | |
| A-1 Kotzin Co.<br>Chase, Rotoford, Drucker, Bogust & Turner<br>411 W. 5th Street, Suite 910<br>Los Angeles, California 90013<br>    A-5 defendant<br><br>Ben Edelist, Esquire<br>3460 Wilshire Boulevard<br>Los Angeles, California 90015<br>    A-5 defendant<br><br>Flam & Flam<br>3460 Wilshire Boulevard<br>Los Angeles, California 90005<br>    A-5 defendant<br><br>Jack Winter, Inc.<br>Foley, Sammond & Lardner<br>735 North Water Street<br>Milwaukee, Wisconsin<br>    A-6 plaintiff<br><br>Eckhoff & Hoppe<br>2610 Russ Building<br>San Francisco, California<br>    A-6 plaintiff<br><br>The Amory Garment Co. & Haggar Co.<br>D. Carl Richards, Esquire<br>Richard, Harris & Hubbard<br>2420 Republic National Bank Bldg.<br>Dallas, Texas 75201<br>    A-7 plaintiff<br>    A-11 plaintiff<br><br>Richard Murray, Esquire<br>McCutchen, Doyle, Brown & Enersen<br>601 California Street<br>San Francisco, California<br>    A-7 plaintiff<br>    A-11 plaintiff<br><br>Blue Bell, Inc.<br>Rogers, Hoge & Hills<br>90 Park Avenue<br>New York, New York 10016<br>    A-8 plaintiff<br><br>David Rabin, Esquire<br>Suite A, Belledge Building<br>305 N. Edgeworth Street<br>Greensboro, North Carolina<br>    A-8 plaintiff<br>    B-3 def. | Dan River<br>Morrison, Foerster, Holloway, Clinton & Clark<br>120 Montgomery Street<br>San Francisco, California<br>    A-10 3d party defendant<br><br>Morgan, Finnegan, Durham & Pine<br>80 Pine Street<br>New York, New York 10005<br><br>Levi Strauss & Co.<br>Heller, Ehrman, White & McAuliffe<br>44 Montgomery Street<br>San Francisco, California<br><br>Ellis & Levy<br>44 Montgomery Street<br>San Francisco, California<br><br>Flehr, Hohbach, Test, Albritton & Herbert<br>160 Sansome Street<br>San Francisco, California<br>    A-10 plaintiff<br><br>Cowden Manufacturing Co.<br>William C. Clay, Jr.<br>Clay & Marye<br>50 Broadway<br>Mt. Sterling, Kentucky 40353<br>    A-15 defendant<br>    A-16 plaintiff<br><br>Metro Pants Co., Inc.<br>Charles A. Legge, Esquire<br>255 California Street  (*)<br>San Francisco, California<br>    A-12 defendant<br><br>Burlington Industries<br>Thelan, Marrin, Johnson & Bridges<br>111 Sutter Street<br>San Francisco, California<br>    A-13 defendant<br><br>Metro Pants Also<br>Irving Ostrow, Esquire<br>Silverman & Kalnick<br>41 East 42nd Street<br>New York, New York |